JS-6

Tammy Hussin (Bar No. 155290)
Lemberg & Associates LLC
6404 Merlin Drive
Carlsbad, CA 92011
Telephone (855) 301-2100 ext. 5514
thussin@lemberglaw.com

Lemberg & Associates, LLC
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff, Christine Altura

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Christine Altura,<br><br>          Plaintiff,<br><br>    vs.<br><br>The Brachfeld Law Group, A Professional Corporation; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.:  8:12-CV-00744-DOC-AN<br><br>**HONORABLE DAVID O. CARTER**<br><br>**ENTRY OF JUDGMENT** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Upon consideration of Plaintiff's Acceptance of Offer of Judgment from August 27, 2012 (Dkt.# 9), it is ORDERED that Judgment shall enter in favor of Plaintiff, Christine Altura, and against Defendant, The Brachfeld Law Group, A Professional Corporation, awarding Plaintiff damages in the amount of $1,001.00, and reasonable costs and reasonable attorney fees to be agreed upon by the parties or by determination of the Court if the parties are unable to agree.

Date: September 7, 2012                     _David O. Carter_____
                                            Hon. David O. Carter
                                            United States District Judge